UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division
Case No.: 20-23130-CIV-ALTONAGA/Goodman

JOSE CAMINAS, and other similarly situated individuals

                    Plaintiff,

v.

COL 323 CORP d/b/a THE CLOSET FACTORY, CARMEN ROLDAN and CELESTINO ROLDAN,

                    Defendants.

## NOTICE OF SETTLEMENT

Plaintiff, JOSE CAMINAS and the Defendants, COL 323 CORP d/b/a THE CLOSET FACTORY, CARMEN ROLDAN and CELESTINO ROLDAN, (the "Parties") by and through their undersigned counsel, hereby notify the Court that the instant action has settled. Accordingly, the Parties expect to file a stipulation of dismissal within fourteen (14) days and should not be required to file any further responses, motions, and/or pleadings.

The stipulation of dismissal will be effective subject to the entry by the Court of an order retaining jurisdiction to enforce the terms of the settlement agreement, and contingent upon the Court's determination that the settlement agreement is a fair and reasonable resolution of a bona fide dispute over FLSA provisions.

Dated: September 29, 2020.

2

| | |
|---|---|
| **Yadhira Ramírez-Toro** | PECKAR & ABRAMSON, P.C. |
| Yadhira Ramírez-Toro (FBN: 120506) | One Southeast Third Avenue |
| E-mail: yramirez@saenzanderson.com | Suite 3100 |
| SAENZ & ANDERSON, PLLC | Miami, FL  33131 |
| 20900 NE 30th Avenue, Ste. 800 | Telephone:  305-358-2600 |
| Aventura, Florida, 33180 | Facsimile:  305-375-0328 |
| Telephone: (305) 503-5131 | |
| Facsimile: (888) 270-5549 | By:   *Anne-Solenne Rolland* |
| *Counsel for Plaintiff* | Freddy X. Muñoz |
| | Florida Bar No.: 108242 |
| | fmunoz@pecklaw.com |
| | Anne-Solenne Rolland |
| | Florida Bar No.:  99631 |
| | arolland@pecklaw.com |
| | *Counsel for Defendants* |