UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 20-cv-23130-CMA

| | |
|---|---|
| JOSE CAMINAS, and other similarly situated individuals, | ) ) ) |
| Plaintiff(s), | ) ) |
| v. | ) ) |
| COL 323 CORP d/b/a THE CLOSET FACTORY, CARMEN ROLDAN and CELESTINO ROLDAN, | ) ) ) ) |
| Defendants. | ) ) |

**NOTICE OF FILING OF SETTLEMENT AGREEMENT IN CONFORMANCE WITH COURT ORDER DATED SEPTEMBER 29, 2020**

In compliance with the Court's Order of September 29, 2020, this Notice of Filing serves to inform the Court of a settlement agreement ("Agreement") between Jose Caminas and COL 323 Corp d/b/a The Closet Factory, Carmen Roldan and Celestino Roldan. *See* Attached Agreement marked as Exhibit "A". Subject to the court's approval, this agreement resolves Plaintiff's claims that were asserted against the Defendants in proceedings before the United States District Court, as well as other potential claims.

Dated: October 20, 2020.

PECKAR & ABRAMSON, P.C.
*Attorneys for Defendants*
One Southeast Third Avenue
Suite 3100
Miami, FL  33131
Telephone:  305-358-2600
Facsimile:  305-375-0328

Peckar & Abramson

By: *Anne-Solenne Rolland*
Freddy X. Muñoz
Florida Bar No.: 108242
fmunoz@pecklaw.com
Anne-Solenne Rolland
Florida Bar No.: 99631
arolland@pecklaw.com

Peckar & Abramson

2