UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-23130-CIV-ALTONAGA/Goodman

JOSE CAMINAS,

    Plaintiff,

v.

COL 323 CORP., *et al*.,

    Defendants.

_____/

## ORDER

**THIS CAUSE** came before the Court on Plaintiff's Unopposed Motion for Approval of FLSA Settlement and to Dismiss the Case with Prejudice [ECF No. 26], filed October 26, 2020. The Court has carefully reviewed the Motion, the file, and applicable law. Being fully advised, it is

**ORDERED AND ADJUDGED** that Plaintiff's Unopposed Motion for Approval of FLSA Settlement and to Dismiss the Case with Prejudice **[ECF No. 26]** is **GRANTED**. The Court retains jurisdiction to enforce the terms of the parties' Settlement Agreement (*see* Mot. 6–17) and to award attorney's fees and costs in connection with such enforcement. The case is **DISMISSED with prejudice**.

**DONE AND ORDERED** in Miami, Florida, this 27th day of October, 2020.

                                                              **CECILIA M. ALTONAGA**
                                                               **UNITED STATES DISTRICT JUDGE**

cc:    counsel of record